In the Matter of CITY OF NEW YORK, Acting For and On Behalf of the New York City Housing Authority, Appellant-Respondent, Relative to Acquiring Title To Real Property Within the Area bounded by Dyre Avenue and Other Streets, in the Borough of The Bronx, Duly Selected as a Site for a Federally-Aided Public Housing Project Known as Boston-Secor Houses. PENINNAH E. RUSCIANO et al., Respondents-Appellants.

Concur — Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.